**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHLATTMAN, MICHAEL R | § | Case No. 10-42265 |
| SCHLATTMAN, KAY | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/21/2010 . The undersigned trustee was appointed on 09/22/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 10,000.00

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 10,000.00 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/10/2011 and the deadline for filing governmental claims was 03/10/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,750.00 , for a total compensation of $ 1,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/22/2013 By:/s/MICHAEL G. BERLAND
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 10-42265 BL Judge: Bruce W. Black
Case Name: SCHLATTMAN, MICHAEL R
SCHLATTMAN, KAY
For Period Ending: 05/22/13

Trustee Name: MICHAEL G. BERLAND
Date Filed (f) or Converted (c): 09/21/10 (f)
341(a) Meeting Date: 10/27/10
Claims Bar Date: 03/10/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 14916 S Hawthorn Circle, Plainfield, IL 60544 | 261,000.00 | 0.00 | | 0.00 | FA |
| 2. 2907 Heritage Drive, Joliet, IL 60435 | 139,900.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. 15120 S James Street, Plainfield, IL 60544 | 166,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Harris Checking | 200.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Charter One Checking | 200.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. 4 Beds, 6 Dressers, Dining room set, Kitchen tab | 1,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. TV | 300.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. Paintings | 500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. 2 Ordinary adult supplies | 700.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10. Misc. Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11. Golf Clubs | 50.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12. Thru Work | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13. American Family Term Policies | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 14. IRA | 9,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 10-42265 BL Judge: Bruce W. Black
Case Name: SCHLATTMAN, MICHAEL R
SCHLATTMAN, KAY

Trustee Name: MICHAEL G. BERLAND
Date Filed (f) or Converted (c): 09/21/10 (f)
341(a) Meeting Date: 10/27/10
Claims Bar Date: 03/10/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 15. 100% Stock in Inter Connect Inc | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 16. 2002 Ford Windstar 98,000 miles | 1,700.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 17. 2005 Pontiac G6 80,000 miles | 4,950.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 18. Preference payment to father (u) | 0.00 | 19,000.00 | | 10,000.00 | FA |
| 19. Entered in error | 0.00 | 0.00 | | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $587,500.00 | $19,000.00 | | $10,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

$10,000 payment to be received on or before April, 2013

Initial Projected Date of Final Report (TFR): 12/31/11 Current Projected Date of Final Report (TFR): 03/31/14

FORM 2



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-42265 -BL
Case Name: SCHLATTMAN, MICHAEL R
SCHLATTMAN, KAY
Taxpayer ID No: *******6961
For Period Ending: 05/22/13

Trustee Name: MICHAEL G. BERLAND
Bank Name: Congressional Bank
Account Number / CD #: *******6627 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/30/13 | 18 | Raymnd Schlattman | | 1241-000 | 10,000.00 | | 10,000.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 10,000.00 | 0.00 | 10,000.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 10,000.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,000.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6627 | 10,000.00 | 0.00 | 10,000.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 10,000.00 | 0.00 | 10,000.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| Page Subtotals | 10,000.00 | 0.00 |
|---|---|---|

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: May 22, 2013

Case Number: 10-42265
Debtor Name: SCHLATTMAN, MICHAEL R

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $16,217.73 | $0.00 | $16,217.73 |
| 000002<br>070<br>7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $18,823.61 | $0.00 | $18,823.61 |
| 000003<br>070<br>7100-00 | Premier Dermatology<br>2051 Plainfield Road<br>Crest Hill, IL 60403 | Unsecured | | $330.00 | $0.00 | $330.00 |
| 000004<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $3,260.56 | $0.00 | $3,260.56 |
| 000005<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $7,930.57 | $0.00 | $7,930.57 |
| 000006<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $26,475.93 | $0.00 | $26,475.93 |
| 000007<br>070<br>7100-00 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $10,320.32 | $0.00 | $10,320.32 |
| 000008<br>070<br>7100-00 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $4,290.00 | $0.00 | $4,290.00 |
| 000009<br>070<br>7100-00 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $17,850.49 | $0.00 | $17,850.49 |
| 000010<br>070<br>7100-00 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $16,045.00 | $0.00 | $16,045.00 |
| 000011<br>070<br>7100-00 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809 | Unsecured | | $3,227.79 | $0.00 | $3,227.79 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: May 22, 2013

Case Number: 10-42265
Debtor Name: SCHLATTMAN, MICHAEL R

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Oklahoma City, OK 73124-8809 | | | | | |
| 000012<br>070<br>7100-00 | Wells Fargo Financial National Bank<br>4137 121st Street<br>Urbandale IA 50323 | Unsecured | | $1,895.90 | $0.00 | $1,895.90 |
| 000013<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $3,933.55 | $0.00 | $3,933.55 |
| 000014<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $9,288.45 | $0.00 | $9,288.45 |
| 000015<br>070<br>7100-00 | American Express Travel Related Services<br>Co, Inc Corp Card<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $5,348.73 | $0.00 | $5,348.73 |
| | Case Totals: | | | $145,238.63 | $0.00 | $145,238.63 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-42265
Case Name: SCHLATTMAN, MICHAEL R
SCHLATTMAN, KAY
Trustee Name: MICHAEL G. BERLAND

| | | |
|---|---|---|
| Balance on hand | $ | 10,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,750.00 | $ 0.00 | $ 1,750.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,750.00 |
| Remaining Balance | $ | 8,250.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 145,238.63 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 16,217.73 | $ 0.00 | $ 921.22 |
| 000002 | Discover Bank | $ 18,823.61 | $ 0.00 | $ 1,069.24 |
| 000003 | Premier Dermatology | $ 330.00 | $ 0.00 | $ 18.75 |
| 000004 | Chase Bank USA, N.A. | $ 3,260.56 | $ 0.00 | $ 185.21 |
| 000005 | Capital One Bank (USA), N.A. | $ 7,930.57 | $ 0.00 | $ 450.48 |
| 000006 | Midland Funding LLC | $ 26,475.93 | $ 0.00 | $ 1,503.91 |
| 000007 | FIA Card Services, NA/Bank of America | $ 10,320.32 | $ 0.00 | $ 586.23 |
| 000008 | FIA Card Services, NA/Bank of America | $ 4,290.00 | $ 0.00 | $ 243.68 |
| 000009 | FIA Card Services, NA/Bank of America | $ 17,850.49 | $ 0.00 | $ 1,013.96 |
| 000010 | FIA Card Services, NA/Bank of America | $ 16,045.00 | $ 0.00 | $ 911.41 |
| 000011 | FIA Card Services, NA/Bank of America | $ 3,227.79 | $ 0.00 | $ 183.35 |
| 000012 | Wells Fargo Financial National Bank | $ 1,895.90 | $ 0.00 | $ 107.69 |
| 000013 | American Express Bank, FSB | $ 3,933.55 | $ 0.00 | $ 223.44 |
| 000014 | American Express Bank, FSB | $ 9,288.45 | $ 0.00 | $ 527.61 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | American Express Travel Related Services | $ 5,348.73 | $ 0.00 | $ 303.82 |

Total to be paid to timely general unsecured creditors $ 8,250.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE