# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHLATTMAN, MICHAEL R | § | Case No. 10-42265 |
| SCHLATTMAN, KAY | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/16/2013 in Courtroom ,

Joliet City Hall
150 West Jefferson,2nd floor, Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/10/2013 _____         By: /s/ Michael G. Berland _____
                                                                              Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHLATTMAN, MICHAEL R | § | Case No. 10-42265 |
| SCHLATTMAN, KAY | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 10,000.00 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,750.00 | $ 0.00 | $ 1,750.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,750.00 |
| Remaining Balance | $ | 8,250.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 145,238.63  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  5.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 16,217.73 | $ 0.00 | $ 921.22 |
| 000002 | Discover Bank | $ 18,823.61 | $ 0.00 | $ 1,069.24 |
| 000003 | Premier Dermatology | $ 330.00 | $ 0.00 | $ 18.75 |
| 000004 | Chase Bank USA, N.A. | $ 3,260.56 | $ 0.00 | $ 185.21 |
| 000005 | Capital One Bank (USA), N.A. | $ 7,930.57 | $ 0.00 | $ 450.48 |
| 000006 | Midland Funding LLC | $ 26,475.93 | $ 0.00 | $ 1,503.91 |
| 000007 | FIA Card Services, NA/Bank of America | $ 10,320.32 | $ 0.00 | $ 586.23 |
| 000008 | FIA Card Services, NA/Bank of America | $ 4,290.00 | $ 0.00 | $ 243.68 |
| 000009 | FIA Card Services, NA/Bank of America | $ 17,850.49 | $ 0.00 | $ 1,013.96 |
| 000010 | FIA Card Services, NA/Bank of America | $ 16,045.00 | $ 0.00 | $ 911.41 |
| 000011 | FIA Card Services, NA/Bank of America | $ 3,227.79 | $ 0.00 | $ 183.35 |
| 000012 | Wells Fargo Financial National Bank | $ 1,895.90 | $ 0.00 | $ 107.69 |
| 000013 | American Express Bank, FSB | $ 3,933.55 | $ 0.00 | $ 223.44 |
| 000014 | American Express Bank, FSB | $ 9,288.45 | $ 0.00 | $ 527.61 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | American Express Travel Related Services | $ 5,348.73 | $ 0.00 | $ 303.82 |

Total to be paid to timely general unsecured creditors                     $          8,250.00

Remaining Balance                                                                          $                0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:


NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE


Prepared By: /s/ Michael G. Berland
                                               Trustee


*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*


STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 10-42265-BWB
Michael R Schlattman                                                            Chapter 7
Kay Schlattman
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley          Page 1 of 3          Date Rcvd: Jul 11, 2013
                              Form ID: pdf006        Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2013.
```
db/jdb      +Michael R Schlattman,   Kay Schlattman,   14916 S Hawthorn Circle,   Plainfield, IL 60544-2106
16166027     AT&T Universal Card,   Cardmember Services,   PO Box 44183,   Jacksonville, FL 32231-4183
17131293     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17131295     American Express Travel Related Services,   Co, Inc Corp Card,   c o Becket and Lee LLP,
             POB 3001,   Malvern, PA 19355-0701
16166029    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: Bank of America,   PO Box 26078,   Greensboro, NC 27420)
16166031     CCO Mortgage,   PO Box 6260,   Glen Allen, VA 23058-6260
16166030     Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
20311575     Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
             Charlotte, NC  28272-1083
16166032     Charter One,   PO Box 18204,   Bridgeport, CT 06601-3204
16166033     Chase,   PO Box 15298,   Wilmington, DE 19850-5298
16166034    +Chase Bank USA NA,   c/o Michael D Fine,   131 S Dearborn 5th Floor,   Chicago, IL 60603-5571
16564763     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16166035     Citi Upromise,   PO Box 6000,   The Lakes, NV 89163-6000
16166038    +ETrade Financial,   PO Box 9206,   Old Bethpage, NY 11804-9006
16166045    ++FINANCIAL INSTITUTION LENDING OPTIONS,   550 BAY VIEW RD STE A,   PO BOX 750,
             MUKWONAGO WI 53149-0750
            (address filed with court: SST,   PO Box 3999,   Saint Joseph, MO 64503-0999)
16166040     Indy Mac Federal Bank,   PO Box 4045,   Kalamazoo, MI 49003-4045
16166043    +LVNV Funding,   c/o Richard Boudreau and Assoc,   5 Industrial Way,   Salem, NH 03079-4866
16166042     Loyola University Medical Center,   2160 S First Avenuye,   Maywood, IL 60153
19932072     Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
16166046    +Wells Fargo Business Direct,   PO Box 348750,   Sacramento, CA 95834-8750
16966653    +Wells Fargo Financial National Bank,   4137 121st Street,   Urbandale IA 50323-2310
16166047    +Wells Fargo National Bank,   800 Walnut St,   Des Moines, IA 50309-3891
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16628091     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 12 2013 00:12:53     Capital One Bank (USA), N.A.,
             by American Infosource Lp As Agent,   PO Box 248839,   Oklahoma City, OK  73124-8839
16722808     E-mail/PDF: rmscedi@recoverycorp.com Jul 12 2013 00:11:53     Capital Recovery IV LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16536184     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 12 2013 00:12:53     Discover Bank,
             Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
16166036    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 12 2013 00:12:53     Discover More Card,
             PO Box 30943,   Salt Lake City, UT 84130-0943
16166037    +E-mail/Text: bankruptcy@edward.org Jul 12 2013 00:10:00     Edward Hospital,   801 S Washington,
             Naperville, IL 60540-7499
16931891     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 12 2013 00:21:15
             FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
16166039     E-mail/Text: fmb.bankruptcy@firstmidwest.com Jul 12 2013 00:09:39     First Midwest Bank,
             PO Box 9003,   Gurnee, IL 60031-9003
16166041    +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2013 00:11:41     JC Penney,
             Attn: Bankruptcy Department,   PO Box 103104,   Roswell, GA 30076-9104
16166044    +E-mail/Text: testell@pdskin.com Jul 12 2013 00:08:15     Premier Dermatology,
             2051 Plainfield Road,   Crest Hill, IL 60403-1865
19932073     E-mail/PDF: rmscedi@recoverycorp.com Jul 12 2013 00:10:50
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                         TOTAL: 10
```

```
       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17131294*    American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16166026   ##+Alpine Capital Investments (AMEX),   c/o Jeffrey A Albert,   205 W Randolph Street Suite 920,
             Chicago, IL 60606-1814
16166028    ##Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
                                                                          TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: mhenley          Page 2 of 3          Date Rcvd: Jul 11, 2013
                             Form ID: pdf006        Total Noticed: 32

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2013**                                **Signature:** _____

```
District/off: 0752-1              User: mhenley            Page 3 of 3              Date Rcvd: Jul 11, 2013
                                  Form ID: pdf006          Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2013 at the address(es) listed below:
```
          Alonzo H Zahour    on behalf of Joint Debtor Kay  Schlattman ahzlawyer@aol.com
          Alonzo H Zahour    on behalf of Defendant Raymond  Schlattman ahzlawyer@aol.com
          Alonzo H Zahour    on behalf of Debtor Michael R Schlattman ahzlawyer@aol.com
          Bradley J Waller    on behalf of Plaintiff Bradley J Waller bjwtrustee@ksbwl.com,
           bwaller@ecf.epiqsystems.com
          Christopher M Brown    on behalf of Creditor    OneWest Bank, FSB northerndistrict@atty-pierce.com,
           cbrown@atty-pierce.com
          Michael G Berland    einstein829@earthlink.net,  IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                         TOTAL: 7
```