# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
SCHLATTMAN, MICHAEL R               §    Case No. 10-42265
SCHLATTMAN, KAY                     §
                                    §
            Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                    .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/MICHAEL G. BERLAND_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 26078 Greensboro, NC 27420 | | | | | |
| | CCO Mortgage PO Box 6260 Glen Allen, VA 23058-6260 | | | | | |
| | CCO Mortgage PO Box 6260 Glen Allen, VA 23058-6260 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank PO Box 9003 Gurnee, IL 60031-9003 | | | | | |
| | Indy Mac Federal Bank PO Box 4045 Kalamazoo, MI 49003-4045 | | | | | |
| | Wells Fargo National Bank 800 Walnut St Des Moines, IA 50309 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Universal Card Cardmember Services PO Box 44183 Jacksonville, FL 32231-4183 | | | | | |
| | Alpine Capital Investments (AMEX) c/o Jeffrey A Albert 205 W Randolph Street Suite 920 Chicago, IL 60606 | | | | | |
| | Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Charter One PO Box 18204 Bridgeport, CT 06601-3204 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank USA NA c/o Michael D Fine 131 S Dearborn 5th Floor Chicago, IL 60603 | | | | | |
| | Citi Upromise PO Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | ETrade Financial PO Box 9206 Old Bethpage, NY 11804 | | | | | |
| | Edward Hospital 801 S Washington Naperville, IL 60540 | | | | | |
| | JC Penney Attn: Bankruptcy Department PO Box 103104 Roswell, GA 30076 | | | | | |
| | Loyola University Medical Center 2160 S First Avenuye Maywood, IL 60153 | | | | | |
| | SST PO Box 3999 Saint Joseph, MO 64503-0999 | | | | | |
| | Wells Fargo Business Direct PO Box 348750 Sacramento, CA 95834 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000014 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000015 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000011 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | MIDLAND FUNDING LLC | | | | | |
| 000003 | PREMIER DERMATOLOGY | | | | | |
| 000012 | WELLS FARGO FINANCIAL NATIONAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-42265   BL   Judge: Bruce W. Black | |
| Case Name: | SCHLATTMAN, MICHAEL R | |
| | SCHLATTMAN, KAY | |
| For Period Ending: | 09/30/13 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 09/21/10 (f) |
| 341(a) Meeting Date: | 10/27/10 |
| Claims Bar Date: | 03/10/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 14916 S Hawthorn Circle, Plainfield, IL 60544 | 261,000.00 | 0.00 | | 0.00 | FA |
| 2. 2907 Heritage Drive, Joliet, IL 60435 | 139,900.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. 15120 S James Street, Plainfield, IL 60544 | 166,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Harris Checking | 200.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Charter One Checking | 200.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. 4 Beds, 6 Dressers, Dining room set, Kitchen tab | 1,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. TV | 300.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. Paintings | 500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. 2 Ordinary adult supplies | 700.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10. Misc. Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11. Golf Clubs | 50.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12. Thru Work | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13. American Family Term Policies | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 14. IRA | 9,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 10-42265 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | SCHLATTMAN, MICHAEL R | | | Date Filed (f) or Converted (c): | 09/21/10 (f) |
| | SCHLATTMAN, KAY | | | 341(a) Meeting Date: | 10/27/10 |
| | | | | Claims Bar Date: | 03/10/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 15. 100% Stock in Inter Connect Inc | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 16. 2002 Ford Windstar 98,000 miles | 1,700.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 17. 2005 Pontiac G6 80,000 miles | 4,950.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 18. Preference payment to father (u) | 0.00 | 19,000.00 | | 10,000.00 | FA |
| 19. Entered in error | 0.00 | 0.00 | | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $587,500.00 | $19,000.00 | | $10,000.00 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

$10,000 preference payment treceived . The Trustee filed his Final Report

Initial Projected Date of Final Report (TFR): 12/31/11        Current Projected Date of Final Report (TFR): 03/31/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 10-42265 -BL |
| Case Name: | SCHLATTMAN, MICHAEL R |
| | SCHLATTMAN, KAY |
| Taxpayer ID No: | *******6961 |
| For Period Ending: | 09/30/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******6627 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/30/13 | 18 | Raymnd Schlattman | | 1241-000 | 10,000.00 | | 10,000.00 |
| 08/20/13 | 001001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 1,750.00 | 8,250.00 |
| 08/20/13 | 001002 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 5.68033% | 7100-000 | | 921.22 | 7,328.78 |
| 08/20/13 | 001003 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 5.68031% | 7100-000 | | 1,069.24 | 6,259.54 |
| 08/20/13 | 001004 | Premier Dermatology<br>2051 Plainfield Road<br>Crest Hill, IL 60403 | Claim 000003, Payment 5.68182% | 7100-000 | | 18.75 | 6,240.79 |
| 08/20/13 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 5.68031% | 7100-000 | | 185.21 | 6,055.58 |
| 08/20/13 | 001006 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000005, Payment 5.68030% | 7100-000 | | 450.48 | 5,605.10 |
| 08/20/13 | 001007 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 000006, Payment 5.68029% | 7100-000 | | 1,503.91 | 4,101.19 |
| 08/20/13 | 001008 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent | Claim 000007, Payment 5.68035% | 7100-000 | | 586.23 | 3,514.96 |

| | | | Page Subtotals | | 10,000.00 | 6,485.04 | |

Ver: 17.03a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 10-42265 -BL |
| Case Name: | SCHLATTMAN, MICHAEL R |
| | SCHLATTMAN, KAY |
| Taxpayer ID No: | *******6961 |
| For Period Ending: | 09/30/13 |

| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******6627 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/20/13 | 001009 | PO Box 248809<br>Oklahoma City, OK 73124-8809<br>FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent | Claim 000008, Payment 5.68019% | 7100-000 | | 243.68 | 3,271.28 |
| 08/20/13 | 001010 | PO Box 248809<br>Oklahoma City, OK 73124-8809<br>FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent | Claim 000009, Payment 5.68029% | 7100-000 | | 1,013.96 | 2,257.32 |
| 08/20/13 | 001011 | PO Box 248809<br>Oklahoma City, OK 73124-8809<br>FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent | Claim 000010, Payment 5.68034% | 7100-000 | | 911.41 | 1,345.91 |
| 08/20/13 | 001012 | PO Box 248809<br>Oklahoma City, OK 73124-8809<br>FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent | Claim 000011, Payment 5.68036% | 7100-000 | | 183.35 | 1,162.56 |
| 08/20/13 | 001013 | Wells Fargo Financial National Bank<br>4137 121st Street<br>Urbandale IA 50323 | Claim 000012, Payment 5.68015% | 7100-000 | | 107.69 | 1,054.87 |
| 08/20/13 | 001014 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000013, Payment 5.68037% | 7100-000 | | 223.44 | 831.43 |
| 08/20/13 | 001015 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000014, Payment 5.68028% | 7100-000 | | 527.61 | 303.82 |
| 08/20/13 | 001016 | American Express Travel Related Services | Claim 000015, Payment 5.68023% | 7100-000 | | 303.82 | 0.00 |

Page Subtotals        0.00      3,514.96

Ver: 17.03a

FORM 2    Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:                10-42265  -BL
Case Name:          SCHLATTMAN, MICHAEL R
                          SCHLATTMAN, KAY

Taxpayer ID No:    *******6961
For Period Ending: 09/30/13

Trustee Name:              MICHAEL G. BERLAND
Bank Name:                  Congressional Bank
Account Number / CD #:  *******6627  Checking Account

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Co, Inc Corp Card c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | | | | | |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 10,000.00 | 10,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 10,000.00 | 10,000.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 10,000.00 | 10,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******6627 | 10,000.00 | 10,000.00 | 0.00 |
| | 10,000.00 | 10,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00              0.00

Ver: 17.03a